Court Clerk, COCA,   **124615**                                    9-17-15

    I am writing in regards to confirmation of my Motion for Extension of time to file my P.D.R., Petition for Discretionary Review. As I set, it is Thursday Night, September 17, 2015. My motion for extension was, should have been, mailed on Tuesday, September 1, 2015.

    As I set I have not received a letter from the C.O.C.A. granting my motion and I am worried as time to file said motion runs out on September 20, 2015; If I understand correctly - Along with this letter I will submit an I-60, request, to the mail room to verify their documentation of my outgoing mail on September 1, 2015.

Thank you & God Bless

*[signature]*

Michael Darren Boydston #1954691
Michael Unit
2664 FM 2054
Tennessee Colony, Tx. 75886

Appeal No. 10-14-00310-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk